**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Appellee,** | ) | |
| **v.** | ) | **Appeal No. 24 - 3018** |
| | ) | **(Crim No. 21-465-DLF-14)** |
| **CORENZO MOBERY** | ) | |
| **Appellant.** | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS CJA COUNSEL AND FOR THE APPOINTMENT OF SUBSTITUTE CJA COUNSEL AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW Howard B. Katzoff, court-appointed counsel for appellant, and respectfully requests leave to withdraw as appellant's counsel. Counsel further requests that the Court appoint substitute counsel to represent appellant under the Criminal Justice Act (CJA). In support of this motion counsel states as follows:

1. On February 28, 2024, undersigned counsel agreed to represent appellant if appointed under the Criminal Justice Act (CJA). Thereafter, undersigned counsel was appointed to represent appellant.

2. After receiving notice of the appointment, counsel discovered that he is unable to represent appellant due to a conflict. Counsel promptly notified the Federal Defender's Office regarding the conflict.

3. Earlier today, undersigned counsel spoke with A.J. Kramer, the Federal Defender, and was informed that Robin Earnest, a member of this Court's CJA panel, has agreed to accept an appointment to represent appellant if appointed by the Court.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that his CJA appointment be vacated, and that substitute counsel be appointed to represent appellant.

Respectfully submitted,

/s/

Howard B. Katzoff
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
katzoffh@aol.com
Counsel For Corenzo Mobery
Appointed by this Court

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App P. 32(g) I hereby certify that Appellant's Motion Motion for Leave to Withdraw as CJA Counsel and For the Appointment of Substitute CJA Counsel contains 166 words in Times New Roman 14 pt. font and does not exceed the word limit of Fed. R. App P. 27(d)(2).

Respectfully submitted,

/s/ *Howard B. Katzoff*
Howard B. Katzoff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of March, 2024, a copy of the foregoing Motion was filed via the Electronic Court Filing System (ECF), causing a copy to be served upon the Appellate Division of the Office of the United States Attorney for the District of Columbia, 555 Fourth Street, N.W., Washington, D.C. 20530.

/s/ *Howard B. Katzoff*
Howard B. Katzoff